IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Felicia

Printed: 9/3/08

Case Number: 07 B 23701
Judge: Wedoff, Eugene R
Filed: 12/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 24, 2008
Confirmed: March 6, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,461.52 |  |
| Secured: |  | 55.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,322.52 |
| Trustee Fee: |  | 84.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,461.52 | 1,461.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,322.52 |
| 2. | Lighthouse Financial Group | Secured | 3,121.10 | 25.00 |
| 3. | Great American Finance Company | Secured | 310.15 | 30.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,470.59 | 0.00 |
| 5. | AAA Checkmate LLC | Unsecured | 2,086.71 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 651.90 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 6,546.58 | 0.00 |
| 8. | Brother Loan & Finance | Unsecured | 1,739.56 | 0.00 |
| 9. | Loan Express Company | Unsecured | 204.00 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 222.32 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 3,031.05 | 0.00 |
| 12. | Lighthouse Financial Group | Unsecured | 520.23 | 0.00 |
| 13. | Collectcorp Corp | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | AR Resources | Unsecured | | No Claim Filed |
| 16. | AR Resources | Unsecured | | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | Credit Management Service | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | I C Systems Inc | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 25. | LeLand Scott & Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Felicia

Printed: 9/3/08

Case Number: 07 B 23701
Judge: Wedoff, Eugene R
Filed: 12/18/07

| | | | | |
|---|---|---|---|---|
| 26. | National Fitness | Unsecured | | No Claim Filed |
| 27. | AOL | Unsecured | | No Claim Filed |
| 28. | Superior Asset Management | Unsecured | | No Claim Filed |
| 29. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 30. | Affiliated | Unsecured | | No Claim Filed |
| 31. | Professional Account Management | Unsecured | | No Claim Filed |

_____         _____
$ 23,368.19         $ 1,377.52

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 54.00 |
| 6.5% | 30.00 |

_____
$ 84.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

